# CIVIL COVER SHEET

## APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Con-Way Transportation Systems, Inc. a/k/a Con-Way Freight, Inc.

### DEFENDANTS

Kardex Systems, Inc.

**(b)** County of Residence of First Listed Plaintiff   Tarrant County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Chester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Frederic I. Weinberg, Esquire, Gordon & Weinberg, P.C., 21 S. 21st Street, Philadelphia, PA 19103 215-988-9600

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                        and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | x 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | x 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product / Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & / Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability / Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine / **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability / ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal / Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ / Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations / ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment / ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - / ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| x 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity of Citizenship 28 U.S.C.A §1332
Brief description of cause:
Breach of contract - failure to pay on book account

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   x No

### VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____   DOCKET NUMBER _____

DATE
6/28/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 5555 Rufe Snow, Suite 5515, North Richland Hills, TX 76180.

Address of Defendant: 25 Industrial Boulevard, Paoli, PA 19301.

Place of Accident, Incident or Transaction: Paoli, PA
_(Use Reverse Side For Additional Space)_

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes X   No ☐

Does this case involve multidistrict litigation possibilities?          Yes ☐   No X

_RELATED CASE, IF ANY:_

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

                                                    Yes ☐   No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated

    action in this court?                                    Yes ☐   No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously

    terminated action in this court?                          Yes ☐   No X

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. _Federal Question Cases:_

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. _Diversity Jurisdiction Cases:_

1. X Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
_(Check appropriate Category)_

I, Frederic I. Weinberg, Esquire _____, counsel of record do hereby certify:

    X Pursuant to Local Civil Rule 53.2, Section (c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☐ Relief other than monetary damages is sought.

DATE: June 28, 2007          Frederic I. Weinberg, Attorney-at-Law          41360
                                                                          Attorney I.D.#

    NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: June 28, 2007          Frederic I. Weinberg, Attorney-at-Law          41360
                                                                          Attorney I.D.#

CIV. 609 (4/03)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Con-Way Transportation Systems, Inc.          :
a/k/a Con-Way Freight, Inc.                   :
                                              :        CIVIL ACTION NO.:
            vs.                               :
                                              :
Kardex Systems, Inc.                          :
                                              :

### COMPLAINT

1.      Plaintiff, Con-Way Inc., is a Delaware corporation and citizen of the State of

California with its principal place of business located at 5555 Rufe Snow, Suite 5515

North Richland Hills, TX  76180.

2.      Defendant, Kardex Systems, Inc., is a New York corporation and a citizen of the

Commonwealth of Pennsylvania with its principal place of business located at 25 Industrial

Boulevard, Paoli, PA 19301.

3.      This action is a civil action where jurisdiction is founded upon diversity of

citizenship, the amount in controversy being in excess of $75,000.00 exclusive of interest and

costs as specified in 28 U.S.C.A. §1332(a).

4.      At the special instance and request of the defendant, Kardex Systems, Inc.,

plaintiff sold and delivered to said defendant merchandise and services, on the dates, of the

kinds, in the amounts and for the prices set forth in a true and correct copy of plaintiff's books of

original entry attached hereto, made part hereof and marked Exhibit "A".

5.      Defendant, Kardex Systems, Inc. accepted said merchandise and services without

complaint.

6.      The prices set forth in Exhibit "A" are the market prices for the said merchandise

and services, and are the prices which the defendants agreed to pay.

7.    All the credits, if any, to which the defendants are entitled are set forth in Exhibit "A".

13.    Plaintiff has made demand upon the defendant for payment of the amount due, but the defendant has failed and refused and still refuses to pay the same or any part thereof.

WHEREFORE, plaintiff demands judgment from the defendant in the amount of $379,861.47  plus interest, costs and attorney fees.


                                        GORDON & WEINBERG, P.C.


                                        BY:_____

                                            FREDERIC I. WEINBERG, ESQUIRE
                                            Attorney for Plaintiff
                                            21 South 21st Street
                                            Philadelphia, PA 19103
                                            215/988-9600

**EXHIBIT "A"**

# CON-WAY.

KARDEX SYSTEMS INC
114 WESTVIEW AVE
MARIETTA, OH 45750- 9403
(610) 296-9730

Account Number
483162693

US

# Past Due

| | |
|---|---|
| Statement Date | 03/05/2007 |
| **Total of Invoices** | **US $334.33** |

**Enclosed Invoices**

| Invoice Number | Shipment Date | Age of Invoice | Amount | |
|---|---|---|---|---|
| 557-752510 | 12/1/2006 | 93 | $174.51 | US |
| 595-400831 | 12/12/200 | 82 | $159.82 | US |

# Per Your Request

Please find enclosed copies of the invoice(s) you
requested.  Total amount due upon receipt.

# CON-WAY.

KARDEX SYSTEMS INC
114 WESTVIEW AVE
MARIETTA, OH  45750-9403
(740) 374-9300

Account Number
93242

US

# Past Due

| Statement Date | 03/05/2007 |
|---|---|
| **Total of Invoices** | **US $467.75** |

**Enclosed Invoices**

| Invoice Number | Shipment Date | Age of Invoice | Amount | |
|---|---|---|---|---|
| 384-601210 | 9/15/2006 | 170 | $467.75 | US |

# Per Your Request

Please find enclosed copies of the invoice(s) you
requested.  Total amount due upon receipt.

# CON-WAY.

KARDEX SYSTEMS
25 INDUSTRIAL BLVD
PAOLI, PA 19301-1601
(740) 376-2921

Account Number
811480732

US

# Per Your Request

Please find enclosed copies of the invoice(s) you
requested. Total amount due upon receipt.

# Past Due

| Statement Date | 04/18/2007 |
|---|---|
| **Total of Invoices** | **US $5,485.74** |

**Enclosed Invoices**

| Invoice Number | Shipment Date | Age of Invoice | Amount | |
|---|---|---|---|---|
| 167-890240 | 11/17/200 | 151 | $608.53 | US |
| 167-890332 | 11/29/200 | 139 | $395.42 | US |
| 167-890380 | 11/30/200 | 138 | $360.09 | US |
| 167-890424 | 12/1/2006 | 137 | $431.63 | US |
| 771-840506 | 12/13/200 | 125 | $673.27 | US |
| 939-545073 | 1/12/2007 | 95 | $355.37 | US |
| 595-087172 | 2/7/2007 | 69 | $2,661.43 | US |

# CON-WAY.

KARDEX SYSTEMS
25 INDUSTRIAL BLVD
PAOLI, PA 19301-1601
(800) 234-3654

Account Number
59619777

US

# Per Your Request

Please find enclosed copies of the invoice(s) you
requested. Total amount due upon receipt.

## Past Due

Statement Date                    04/18/2007

**Total of Invoices**        US $276,403.42

### Enclosed Invoices

| Invoice Number | Shipment Date | Age of Invoice | Amount | |
|---|---|---|---|---|
| 690-798286 | 3/10/2006 | 403 | $5,682.17 | US |
| 400-408960 | 9/15/2006 | 214 | $1,132.31 | US |
| 400-409052 | 9/18/2006 | 211 | $229.15 | US |
| 400-409015 | 9/18/2006 | 211 | $300.25 | US |
| 384-606596 | 9/18/2006 | 211 | $318.07 | US |
| 595-438782 | 9/18/2006 | 211 | $1,472.87 | US |
| 290-407445 | 9/18/2006 | 211 | $282.70 | US |
| 400-408982 | 9/18/2006 | 211 | $334.13 | US |
| 400-408993 | 9/18/2006 | 211 | $204.23 | US |
| 400-409030 | 9/18/2006 | 211 | $336.72 | US |
| 400-409004 | 9/18/2006 | 211 | $286.94 | US |
| 400-409026 | 9/18/2006 | 211 | $201.92 | US |
| 400-409041 | 9/18/2006 | 211 | $196.90 | US |
| 384-600016 | 9/18/2006 | 211 | $347.52 | US |
| 360-650415 | 9/18/2006 | 211 | $478.16 | US |
| 400-409100 | 9/19/2006 | 210 | $1,607.85 | US |
| 400-409074 | 9/19/2006 | 210 | $295.43 | US |
| 400-409096 | 9/19/2006 | 210 | $368.77 | US |
| 400-409063 | 9/19/2006 | 210 | $286.94 | US |
| 400-409085 | 9/19/2006 | 210 | $5,533.08 | US |
| 260-926735 | 9/20/2006 | 209 | $239.43 | US |
| 374-777325 | 9/20/2006 | 209 | $257.83 | US |
| 595-420453 | 9/20/2006 | 209 | $1,551.95 | US |
| 595-633146 | 9/20/2006 | 209 | $500.00 | US |
| 363-444815 | 9/20/2006 | 209 | $556.91 | US |
| 400-409122 | 9/20/2006 | 209 | $218.37 | US |
| 400-409111 | 9/20/2006 | 209 | $1,649.68 | US |
| 374-777314 | 9/20/2006 | 209 | $596.44 | US |
| 271-293072 | 9/20/2006 | 209 | $441.87 | US |
| 400-409155 | 9/21/2006 | 208 | $282.24 | US |
| 384-600145 | 9/21/2006 | 208 | $583.11 | US |
| 595-438981 | 9/21/2006 | 208 | $1,056.28 | US |
| 400-409181 | 9/21/2006 | 208 | $348.39 | US |
| 400-409144 | 9/21/2006 | 208 | $271.05 | US |
| 400-409170 | 9/21/2006 | 208 | $201.92 | US |
| 400-409133 | 9/21/2006 | 208 | $990.58 | US |
| 400-409166 | 9/21/2006 | 208 | $300.63 | US |
| 400-409192 | 9/21/2006 | 208 | $226.01 | US |
| 260-086190 | 9/21/2006 | 208 | $764.00 | US |
| 278-149001 | 9/21/2006 | 208 | $425.32 | US |
| 326-389906 | 9/22/2006 | 207 | $215.36 | US |
| 400-409236 | 9/22/2006 | 207 | $783.99 | US |

| | | | | |
|---|---|---|---|---|
| 400-409240 | 9/22/2006 | 207 | $213.56 | US |
| 384-606585 | 9/22/2006 | 207 | $195.42 | US |
| 400-409262 | 9/22/2006 | 207 | $573.29 | US |
| 595-423426 | 9/22/2006 | 207 | $1,175.73 | US |
| 374-734216 | 9/22/2006 | 207 | $550.56 | US |
| 400-409203 | 9/22/2006 | 207 | $467.96 | US |
| 400-409284 | 9/22/2006 | 207 | $195.42 | US |
| 400-409273 | 9/22/2006 | 207 | $209.21 | US |
| 400-409214 | 9/22/2006 | 207 | $498.02 | US |
| 400-409251 | 9/22/2006 | 207 | $2,978.53 | US |
| 326-389921 | 9/22/2006 | 207 | $265.21 | US |
| 354-949755 | 9/22/2006 | 207 | $294.21 | US |
| 354-949744 | 9/22/2006 | 207 | $299.63 | US |
| 400-409343 | 9/25/2006 | 204 | $1,696.91 | US |
| 849-968696 | 9/25/2006 | 204 | $219.90 | US |
| 384-600182 | 9/25/2006 | 204 | $194.57 | US |
| 326-389932 | 9/25/2006 | 204 | $240.33 | US |
| 400-409310 | 9/25/2006 | 204 | $194.57 | US |
| 400-409332 | 9/25/2006 | 204 | $227.71 | US |
| 400-409295 | 9/25/2006 | 204 | $234.92 | US |
| 400-409354 | 9/25/2006 | 204 | $548.16 | US |
| 260-086374 | 9/25/2006 | 204 | $191.51 | US |
| 400-409306 | 9/25/2006 | 204 | $258.38 | US |
| 595-633242 | 9/26/2006 | 203 | $557.58 | US |
| 400-409402 | 9/26/2006 | 203 | $3,289.52 | US |
| 374-772775 | 9/26/2006 | 203 | $360.85 | US |
| 352-517001 | 9/26/2006 | 203 | $1,448.67 | US |
| 595-633253 | 9/26/2006 | 203 | $828.96 | US |
| 199-390122 | 9/26/2006 | 203 | $752.45 | US |
| 239-702013 | 9/26/2006 | 203 | $1,269.13 | US |
| 400-409380 | 9/26/2006 | 203 | $254.01 | US |
| 400-409365 | 9/26/2006 | 203 | $194.57 | US |
| 400-409376 | 9/26/2006 | 203 | $338.43 | US |
| 384-417176 | 9/26/2006 | 203 | $928.65 | US |
| 400-409391 | 9/26/2006 | 203 | $1,270.72 | US |
| 400-409413 | 9/27/2006 | 202 | $312.02 | US |
| 400-409450 | 9/27/2006 | 202 | $298.80 | US |
| 400-409446 | 9/27/2006 | 202 | $308.62 | US |
| 400-409472 | 9/27/2006 | 202 | $263.06 | US |
| 400-409424 | 9/27/2006 | 202 | $384.83 | US |
| 400-409435 | 9/27/2006 | 202 | $796.54 | US |
| 400-409461 | 9/27/2006 | 202 | $576.86 | US |
| 400-409520 | 9/28/2006 | 201 | $1,802.03 | US |
| 595-655690 | 9/28/2006 | 201 | $1,375.00 | US |
| 405-126024 | 9/28/2006 | 201 | $212.71 | US |
| 400-409483 | 9/28/2006 | 201 | $2,375.13 | US |
| 400-409516 | 9/28/2006 | 201 | $286.07 | US |
| 400-409505 | 9/28/2006 | 201 | $737.67 | US |
| 369-021505 | 9/28/2006 | 201 | $265.82 | US |
| 400-409494 | 9/28/2006 | 201 | $196.05 | US |
| 400-409542 | 9/29/2006 | 200 | $300.80 | US |
| 384-611975 | 9/29/2006 | 200 | $573.20 | US |
| 400-409531 | 9/29/2006 | 200 | $341.24 | US |

| | | | | |
|---|---|---|---|---|
| 595-655804 | 9/29/2006 | 200 | $263.76 | US |
| 595-655782 | 9/29/2006 | 200 | $226.21 | US |
| 595-655793 | 9/29/2006 | 200 | $785.15 | US |
| 260-164623 | 9/29/2006 | 200 | $840.57 | US |
| 635-618001 | 9/29/2006 | 200 | $465.97 | US |
| 400-409564 | 9/29/2006 | 200 | $1,110.47 | US |
| 400-409586 | 9/29/2006 | 200 | $194.57 | US |
| 400-409553 | 9/29/2006 | 200 | $310.88 | US |
| 363-444911 | 9/29/2006 | 200 | $537.08 | US |
| 400-409575 | 9/29/2006 | 200 | $212.71 | US |
| 352-517594 | 9/29/2006 | 200 | $1,221.21 | US |
| 278-148684 | 9/29/2006 | 200 | $345.76 | US |
| 253-479623 | 10/2/2006 | 197 | $280.20 | US |
| 400-409612 | 10/2/2006 | 197 | $260.86 | US |
| 400-409660 | 10/2/2006 | 197 | $257.65 | US |
| 400-409645 | 10/2/2006 | 197 | $281.53 | US |
| 400-409601 | 10/2/2006 | 197 | $356.90 | US |
| 400-409623 | 10/2/2006 | 197 | $1,212.32 | US |
| 400-409656 | 10/2/2006 | 197 | $195.32 | US |
| 400-409590 | 10/2/2006 | 197 | $299.22 | US |
| 400-409671 | 10/2/2006 | 197 | $280.21 | US |
| 400-409634 | 10/2/2006 | 197 | $200.34 | US |
| 369-021590 | 10/2/2006 | 197 | $213.78 | US |
| 369-021586 | 10/2/2006 | 197 | $213.78 | US |
| 400-409741 | 10/3/2006 | 196 | $315.88 | US |
| 400-409726 | 10/3/2006 | 196 | $290.51 | US |
| 400-409715 | 10/3/2006 | 196 | $388.16 | US |
| 400-409693 | 10/3/2006 | 196 | $187.65 | US |
| 400-409774 | 10/3/2006 | 196 | $193.84 | US |
| 400-409682 | 10/3/2006 | 196 | $1,173.36 | US |
| 400-409752 | 10/3/2006 | 196 | $215.90 | US |
| 400-409730 | 10/3/2006 | 196 | $322.70 | US |
| 400-409763 | 10/3/2006 | 196 | $1,038.13 | US |
| 384-606574 | 10/3/2006 | 196 | $193.84 | US |
| 384-606563 | 10/3/2006 | 196 | $212.65 | US |
| 278-112785 | 10/3/2006 | 196 | $199.93 | US |
| 260-973926 | 10/3/2006 | 196 | $586.46 | US |
| 417-283635 | 10/3/2006 | 196 | $690.62 | US |
| 400-409704 | 10/3/2006 | 196 | $204.59 | US |
| 310-131986 | 10/4/2006 | 195 | $462.28 | US |
| 595-407864 | 10/4/2006 | 195 | $650.00 | US |
| 595-439983 | 10/4/2006 | 195 | $1,834.98 | US |
| 595-407853 | 10/4/2006 | 195 | $437.92 | US |
| 369-021634 | 10/4/2006 | 195 | $288.38 | US |
| 369-021623 | 10/4/2006 | 195 | $213.78 | US |
| 400-409785 | 10/4/2006 | 195 | $203.03 | US |
| 400-409796 | 10/4/2006 | 195 | $384.00 | US |
| 172-081851 | 10/4/2006 | 195 | $244.74 | US |
| 400-409811 | 10/4/2006 | 195 | $1,764.36 | US |
| 400-409822 | 10/4/2006 | 195 | $190.78 | US |
| 635-618362 | 10/5/2006 | 194 | $228.37 | US |
| 400-409833 | 10/5/2006 | 194 | $2,554.73 | US |
| 400-409844 | 10/5/2006 | 194 | $2,063.34 | US |

| | | | | |
|---|---|---|---|---|
| 400-409866 | 10/5/2006 | 194 | $5,461.13 | US |
| 400-485562 | 11/1/2006 | 167 | $2,157.17 | US |
| 167-890284 | 11/22/200 | 146 | $327.74 | US |
| 167-890251 | 11/22/200 | 146 | $238.17 | US |
| 595-513074 | 11/28/200 | 140 | $379.74 | US |
| 400-486634 | 11/30/200 | 138 | $5,156.97 | US |
| 167-890413 | 11/30/200 | 138 | $531.25 | US |
| 384-649436 | 11/30/200 | 138 | $205.94 | US |
| 400-486763 | 12/1/2006 | 137 | $272.13 | US |
| 425-240012 | 12/1/2006 | 137 | $382.85 | US |
| 384-614963 | 12/1/2006 | 137 | $367.34 | US |
| 374-793473 | 12/1/2006 | 137 | $403.08 | US |
| 400-486715 | 12/1/2006 | 137 | $301.03 | US |
| 400-486741 | 12/1/2006 | 137 | $1,015.66 | US |
| 400-486752 | 12/1/2006 | 137 | $193.59 | US |
| 400-486726 | 12/1/2006 | 137 | $4,109.19 | US |
| 360-622242 | 12/1/2006 | 137 | $230.98 | US |
| 400-486730 | 12/1/2006 | 137 | $1,331.35 | US |
| 260-222196 | 12/4/2006 | 134 | $810.66 | US |
| 260-298544 | 12/7/2006 | 131 | $207.60 | US |
| 384-647222 | 12/8/2006 | 130 | $537.18 | US |
| 259-446530 | 12/11/200 | 127 | $230.71 | US |
| 259-446515 | 12/11/200 | 127 | $1,079.93 | US |
| 635-690834 | 12/11/200 | 127 | $481.95 | US |
| 595-400816 | 12/11/200 | 127 | $935.00 | US |
| 595-400820 | 12/11/200 | 127 | $1,283.07 | US |
| 595-351514 | 12/12/200 | 126 | $1,010.10 | US |
| 259-446504 | 12/12/200 | 126 | $532.35 | US |
| 259-446563 | 12/12/200 | 126 | $1,937.73 | US |
| 259-446541 | 12/12/200 | 126 | $2,019.72 | US |
| 259-446552 | 12/12/200 | 126 | $310.07 | US |
| 278-530302 | 12/12/200 | 126 | $586.68 | US |
| 595-368056 | 12/13/200 | 125 | $227.22 | US |
| 167-890494 | 12/13/200 | 125 | $241.74 | US |
| 259-446596 | 12/13/200 | 125 | $368.35 | US |
| 259-446574 | 12/13/200 | 125 | $3,213.37 | US |
| 631-762423 | 12/13/200 | 125 | $317.87 | US |
| 259-446611 | 12/13/200 | 125 | $193.96 | US |
| 632-597792 | 12/13/200 | 125 | $1,277.77 | US |
| 259-446585 | 12/13/200 | 125 | $271.93 | US |
| 259-446703 | 12/14/200 | 124 | $2,091.02 | US |
| 631-762471 | 12/14/200 | 124 | $433.97 | US |
| 363-519365 | 12/14/200 | 124 | $448.62 | US |
| 384-648611 | 12/14/200 | 124 | $345.70 | US |
| 259-446666 | 12/14/200 | 124 | $193.96 | US |
| 259-446655 | 12/14/200 | 124 | $431.31 | US |
| 259-446622 | 12/14/200 | 124 | $311.70 | US |
| 259-446681 | 12/14/200 | 124 | $464.95 | US |
| 259-446692 | 12/14/200 | 124 | $232.07 | US |
| 259-446633 | 12/14/200 | 124 | $2,013.87 | US |
| 259-446762 | 12/15/200 | 123 | $2,945.24 | US |
| 259-446670 | 12/15/200 | 123 | $437.80 | US |
| 384-648784 | 12/15/200 | 123 | $345.70 | US |

| | | | | |
|---|---|---|---|---|
| 631-714016 | 12/15/200 | 123 | $221.51 | US |
| 259-446740 | 12/15/200 | 123 | $206.22 | US |
| 259-446714 | 12/15/200 | 123 | $312.23 | US |
| 259-446784 | 12/15/200 | 123 | $1,673.40 | US |
| 259-446736 | 12/15/200 | 123 | $1,273.35 | US |
| 259-446725 | 12/15/200 | 123 | $275.97 | US |
| 259-446806 | 12/15/200 | 123 | $195.44 | US |
| 259-446751 | 12/15/200 | 123 | $340.19 | US |
| 259-446773 | 12/15/200 | 123 | $511.59 | US |
| 259-446795 | 12/15/200 | 123 | $273.87 | US |
| 634-536744 | 12/18/200 | 120 | $381.14 | US |
| 259-446843 | 12/18/200 | 120 | $2,078.84 | US |
| 259-446854 | 12/18/200 | 120 | $761.76 | US |
| 259-446832 | 12/18/200 | 120 | $1,242.46 | US |
| 259-446865 | 12/19/200 | 119 | $790.00 | US |
| 259-446876 | 12/19/200 | 119 | $291.96 | US |
| 259-446880 | 12/19/200 | 119 | $190.96 | US |
| 259-446924 | 12/20/200 | 118 | $472.94 | US |
| 259-446891 | 12/20/200 | 118 | $632.51 | US |
| 259-446913 | 12/20/200 | 118 | $1,309.51 | US |
| 259-446902 | 12/20/200 | 118 | $194.02 | US |
| 259-446935 | 12/20/200 | 118 | $198.85 | US |
| 259-447016 | 12/21/200 | 117 | $675.07 | US |
| 259-447042 | 12/21/200 | 117 | $5,455.80 | US |
| 458-026612 | 12/21/200 | 117 | $661.99 | US |
| 631-798086 | 12/21/200 | 117 | $256.43 | US |
| 260-315134 | 12/21/200 | 117 | $620.59 | US |
| 384-659321 | 12/21/200 | 117 | $554.88 | US |
| 259-447031 | 12/21/200 | 117 | $212.16 | US |
| 259-447053 | 12/21/200 | 117 | $640.70 | US |
| 259-446946 | 12/21/200 | 117 | $454.93 | US |
| 259-446961 | 12/21/200 | 117 | $3,344.37 | US |
| 259-447005 | 12/21/200 | 117 | $195.50 | US |
| 259-446950 | 12/21/200 | 117 | $283.67 | US |
| 259-446994 | 12/21/200 | 117 | $285.50 | US |
| 259-447160 | 12/22/200 | 116 | $227.16 | US |
| 631-798156 | 12/22/200 | 116 | $450.81 | US |
| 456-300320 | 12/22/200 | 116 | $292.94 | US |
| 259-447064 | 12/22/200 | 116 | $488.36 | US |
| 259-447156 | 12/22/200 | 116 | $964.64 | US |
| 259-447086 | 12/22/200 | 116 | $2,023.83 | US |
| 259-447101 | 12/22/200 | 116 | $244.98 | US |
| 259-447134 | 12/22/200 | 116 | $505.05 | US |
| 259-447145 | 12/22/200 | 116 | $2,446.42 | US |
| 259-447123 | 12/22/200 | 116 | $905.82 | US |
| 259-447075 | 12/22/200 | 116 | $2,705.46 | US |
| 259-447112 | 12/22/200 | 116 | $647.20 | US |
| 259-447090 | 12/22/200 | 116 | $241.48 | US |
| 259-447204 | 12/27/200 | 111 | $228.80 | US |
| 484-105554 | 12/27/200 | 111 | $249.90 | US |
| 632-242590 | 12/27/200 | 111 | $658.66 | US |
| 224-644151 | 12/27/200 | 111 | $568.30 | US |
| 253-875775 | 12/27/200 | 111 | $1,004.04 | US |

| | | | | |
|---|---|---|---|---|
| 259-447182 | 12/27/200 | 111 | $2,747.12 | US |
| 259-447215 | 12/27/200 | 111 | $232.01 | US |
| 253-416133 | 12/27/200 | 111 | $284.84 | US |
| 278-666334 | 12/27/200 | 111 | $199.99 | US |
| 259-447193 | 12/27/200 | 111 | $193.90 | US |
| 635-675762 | 12/27/200 | 111 | $286.00 | US |
| 384-628193 | 12/28/200 | 110 | $204.65 | US |
| 259-447226 | 12/28/200 | 110 | $669.43 | US |
| 384-628182 | 12/28/200 | 110 | $203.09 | US |
| 632-288075 | 12/28/200 | 110 | $218.56 | US |
| 259-447230 | 12/28/200 | 110 | $733.76 | US |
| 278-677195 | 12/28/200 | 110 | $1,150.75 | US |
| 770-281665 | 12/28/200 | 110 | $274.31 | US |
| 771-840591 | 12/28/200 | 110 | $241.68 | US |
| 344-954153 | 12/28/200 | 110 | $330.41 | US |
| 595-367570 | 12/29/200 | 109 | $1,164.50 | US |
| 631-794623 | 12/29/200 | 109 | $447.60 | US |
| 305-560625 | 12/29/200 | 109 | $327.56 | US |
| 259-447241 | 12/29/200 | 109 | $3,133.86 | US |
| 384-648143 | 12/29/200 | 109 | $206.25 | US |
| 635-675950 | 12/29/200 | 109 | $535.74 | US |
| 259-446644 | 12/29/200 | 109 | $1,062.85 | US |
| 595-367566 | 12/29/200 | 109 | $492.32 | US |
| 595-367581 | 12/29/200 | 109 | $1,275.97 | US |
| 259-447252 | 12/29/200 | 109 | $282.00 | US |
| 259-447263 | 12/29/200 | 109 | $195.38 | US |
| 595-367592 | 12/29/200 | 109 | $1,375.00 | US |
| 384-648132 | 12/29/200 | 109 | $345.62 | US |
| 305-560640 | 12/29/200 | 109 | $316.11 | US |
| 259-447296 | 1/2/2007 | 105 | $282.21 | US |
| 259-447285 | 1/2/2007 | 105 | $227.10 | US |
| 635-743065 | 1/2/2007 | 105 | $730.45 | US |
| 305-560651 | 1/2/2007 | 105 | $228.68 | US |
| 278-688546 | 1/2/2007 | 105 | $345.01 | US |
| 253-416192 | 1/3/2007 | 104 | $282.03 | US |
| 634-430016 | 1/3/2007 | 104 | $187.65 | US |
| 469-666816 | 1/3/2007 | 104 | $2,259.35 | US |
| 259-447311 | 1/3/2007 | 104 | $230.59 | US |
| 259-447300 | 1/3/2007 | 104 | $321.06 | US |
| 259-447381 | 1/4/2007 | 103 | $289.17 | US |
| 259-447344 | 1/4/2007 | 103 | $544.63 | US |
| 259-447333 | 1/4/2007 | 103 | $244.74 | US |
| 259-447370 | 1/4/2007 | 103 | $316.15 | US |
| 259-447322 | 1/4/2007 | 103 | $453.43 | US |
| 259-447355 | 1/4/2007 | 103 | $384.00 | US |
| 259-447366 | 1/4/2007 | 103 | $193.84 | US |
| 259-447392 | 1/5/2007 | 102 | $1,970.60 | US |
| 259-447451 | 1/5/2007 | 102 | $193.84 | US |
| 259-447414 | 1/5/2007 | 102 | $530.34 | US |
| 259-447403 | 1/5/2007 | 102 | $715.16 | US |
| 259-447425 | 1/5/2007 | 102 | $5,275.60 | US |
| 259-447440 | 1/5/2007 | 102 | $704.83 | US |
| 305-560732 | 1/5/2007 | 102 | $213.78 | US |

| | | | | |
|---|---|---|---|---|
| 259-447436 | 1/5/2007 | 102 | $3,042.21 | US |
| 259-447462 | 1/8/2007 | 99 | $193.78 | US |
| 384-676552 | 1/8/2007 | 99 | $207.85 | US |
| 259-447484 | 1/8/2007 | 99 | $285.25 | US |
| 259-447473 | 1/8/2007 | 99 | $1,186.96 | US |
| 305-560754 | 1/8/2007 | 99 | $213.72 | US |
| 278-621206 | 1/9/2007 | 98 | $470.85 | US |
| 259-447495 | 1/9/2007 | 98 | $2,131.16 | US |
| 259-447510 | 1/9/2007 | 98 | $206.04 | US |
| 259-447506 | 1/9/2007 | 98 | $5,155.63 | US |
| 259-447543 | 1/10/2007 | 97 | $193.78 | US |
| 259-447554 | 1/10/2007 | 97 | $2,098.57 | US |
| 259-447532 | 1/10/2007 | 97 | $2,236.35 | US |
| 259-447565 | 1/11/2007 | 96 | $965.93 | US |
| 259-447624 | 1/11/2007 | 96 | $3,852.82 | US |
| 259-447613 | 1/11/2007 | 96 | $273.69 | US |
| 259-447602 | 1/11/2007 | 96 | $232.73 | US |
| 259-447646 | 1/11/2007 | 96 | $278.96 | US |
| 259-447635 | 1/11/2007 | 96 | $1,219.64 | US |
| 259-447591 | 1/11/2007 | 96 | $476.40 | US |
| 259-447580 | 1/11/2007 | 96 | $291.70 | US |
| 278-621442 | 1/11/2007 | 96 | $199.87 | US |
| 595-570441 | 1/12/2007 | 95 | $681.68 | US |
| 640-531356 | 1/12/2007 | 95 | $330.29 | US |
| 259-447683 | 1/12/2007 | 95 | $2,646.94 | US |
| 259-447694 | 1/12/2007 | 95 | $499.16 | US |
| 259-447672 | 1/12/2007 | 95 | $225.42 | US |
| 259-447661 | 1/12/2007 | 95 | $1,301.65 | US |
| 259-447650 | 1/12/2007 | 95 | $209.10 | US |
| 259-447705 | 1/12/2007 | 95 | $491.91 | US |
| 259-447716 | 1/12/2007 | 95 | $2,299.44 | US |
| 259-447731 | 1/15/2007 | 92 | $210.34 | US |
| 259-447764 | 1/15/2007 | 92 | $233.31 | US |
| 259-447742 | 1/15/2007 | 92 | $193.47 | US |
| 259-447720 | 1/15/2007 | 92 | $1,688.91 | US |
| 305-560850 | 1/15/2007 | 92 | $213.41 | US |
| 259-447753 | 1/15/2007 | 92 | $839.07 | US |
| 259-447775 | 1/15/2007 | 92 | $193.47 | US |
| 259-447790 | 1/16/2007 | 91 | $336.76 | US |
| 259-447786 | 1/16/2007 | 91 | $247.18 | US |
| 562-334150 | 1/16/2007 | 91 | $1,603.50 | US |
| 259-447812 | 1/17/2007 | 90 | $235.42 | US |
| 259-447823 | 1/17/2007 | 90 | $1,444.99 | US |
| 259-447801 | 1/17/2007 | 90 | $225.11 | US |
| 259-447834 | 1/17/2007 | 90 | $220.36 | US |
| 259-447845 | 1/18/2007 | 89 | $211.61 | US |
| 738-110074 | 1/18/2007 | 89 | $290.40 | US |
| 259-447893 | 1/18/2007 | 89 | $842.10 | US |
| 259-447882 | 1/18/2007 | 89 | $628.69 | US |
| 259-447904 | 1/18/2007 | 89 | $195.40 | US |
| 259-447871 | 1/18/2007 | 89 | $3,546.39 | US |
| 259-447860 | 1/18/2007 | 89 | $188.18 | US |
| 274-849330 | 1/24/2007 | 83 | $1,283.09 | US |

259-448114     2/13/2007     63     $1,434.41   US

# CON-WAY.

KARDEX SYSTEMS
25 INDUSTRIAL BLVD
PAOLI, PA 19301-1601
(740) 376-2921

Account Number
695579284

US

# Per Your Request

Please find enclosed copies of the invoice(s) you
requested. Total amount due upon receipt.

# Past Due

| | |
|---|---|
| Statement Date | 04/18/2007 |
| **Total of Invoices** | **US $97,170.23** |

**Enclosed Invoices**

| Invoice Number | Shipment Date | Age of Invoice | Amount | |
|---|---|---|---|---|
| 595-407643 | 9/15/2006 | 214 | $5,990.50 | US |
| 595-438756 | 9/15/2006 | 214 | $227.74 | US |
| 595-403745 | 9/19/2006 | 210 | $195.95 | US |
| 595-403723 | 9/19/2006 | 210 | $590.06 | US |
| 595-403734 | 9/19/2006 | 210 | $1,305.04 | US |
| 283-605711 | 9/20/2006 | 209 | $819.07 | US |
| 595-438955 | 9/20/2006 | 209 | $172.62 | US |
| 595-420442 | 9/20/2006 | 209 | $562.74 | US |
| 595-420431 | 9/20/2006 | 209 | $2,635.88 | US |
| 595-420416 | 9/20/2006 | 209 | $209.44 | US |
| 595-420420 | 9/20/2006 | 209 | $875.70 | US |
| 595-420405 | 9/20/2006 | 209 | $471.42 | US |
| 595-438992 | 9/21/2006 | 208 | $854.18 | US |
| 595-423441 | 9/22/2006 | 207 | $1,642.22 | US |
| 595-423430 | 9/22/2006 | 207 | $1,367.96 | US |
| 595-423415 | 9/22/2006 | 207 | $2,159.48 | US |
| 595-633312 | 9/25/2006 | 204 | $569.95 | US |
| 595-633275 | 9/25/2006 | 204 | $435.79 | US |
| 595-633301 | 9/25/2006 | 204 | $1,844.41 | US |
| 595-633286 | 9/25/2006 | 204 | $195.77 | US |
| 595-630081 | 9/26/2006 | 203 | $539.70 | US |
| 595-633264 | 9/26/2006 | 203 | $899.40 | US |
| 595-633290 | 9/26/2006 | 203 | $1,160.28 | US |
| 595-633323 | 9/27/2006 | 202 | $214.96 | US |
| 595-655712 | 9/28/2006 | 201 | $569.95 | US |
| 595-655701 | 9/28/2006 | 201 | $2,705.07 | US |
| 595-655734 | 9/29/2006 | 200 | $795.09 | US |
| 595-655756 | 9/29/2006 | 200 | $171.77 | US |
| 595-630140 | 9/29/2006 | 200 | $485.73 | US |
| 595-655760 | 9/29/2006 | 200 | $822.47 | US |
| 595-655723 | 9/29/2006 | 200 | $1,215.38 | US |
| 595-655745 | 9/29/2006 | 200 | $712.49 | US |
| 595-655771 | 9/29/2006 | 200 | $2,265.30 | US |
| 595-630346 | 10/2/2006 | 197 | $344.42 | US |
| 595-630335 | 10/2/2006 | 197 | $845.73 | US |
| 595-407842 | 10/4/2006 | 195 | $578.69 | US |
| 595-407816 | 10/4/2006 | 195 | $1,550.00 | US |
| 595-407956 | 10/4/2006 | 195 | $182.12 | US |
| 595-407820 | 10/4/2006 | 195 | $600.00 | US |
| 595-730380 | 11/16/200 | 152 | $720.00 | US |
| 167-890273 | 11/22/200 | 146 | $164.82 | US |
| 595-726036 | 11/22/200 | 146 | $585.00 | US |

| | | | | |
|---|---|---|---|---|
| 595-513262 | 12/1/2006 | 137 | $1,090.42 | US |
| 595-513284 | 12/1/2006 | 137 | $1,507.77 | US |
| 595-400805 | 12/11/200 | 127 | $346.30 | US |
| 595-400794 | 12/11/200 | 127 | $568.20 | US |
| 167-890483 | 12/11/200 | 127 | $164.52 | US |
| 595-400783 | 12/11/200 | 127 | $1,059.46 | US |
| 595-400772 | 12/11/200 | 127 | $1,325.00 | US |
| 595-351503 | 12/12/200 | 126 | $159.82 | US |
| 595-513494 | 12/12/200 | 126 | $1,080.11 | US |
| 595-351536 | 12/12/200 | 126 | $1,419.36 | US |
| 595-351525 | 12/12/200 | 126 | $2,731.43 | US |
| 595-513483 | 12/12/200 | 126 | $507.52 | US |
| 771-840521 | 12/13/200 | 125 | $242.96 | US |
| 771-840510 | 12/13/200 | 125 | $331.36 | US |
| 595-368012 | 12/13/200 | 125 | $156.99 | US |
| 595-368045 | 12/13/200 | 125 | $235.24 | US |
| 595-368034 | 12/13/200 | 125 | $480.94 | US |
| 595-368001 | 12/13/200 | 125 | $189.42 | US |
| 595-368023 | 12/13/200 | 125 | $255.77 | US |
| 595-351746 | 12/19/200 | 119 | $1,805.01 | US |
| 595-351750 | 12/19/200 | 119 | $1,504.94 | US |
| 595-126674 | 12/20/200 | 118 | $2,989.67 | US |
| 595-126685 | 12/20/200 | 118 | $1,768.36 | US |
| 595-126641 | 12/20/200 | 118 | $1,544.50 | US |
| 595-126652 | 12/20/200 | 118 | $3,396.28 | US |
| 595-126663 | 12/20/200 | 118 | $1,361.51 | US |
| 771-840543 | 12/21/200 | 117 | $237.42 | US |
| 771-840554 | 12/21/200 | 117 | $266.64 | US |
| 595-363020 | 12/22/200 | 116 | $790.00 | US |
| 595-363016 | 12/22/200 | 116 | $800.00 | US |
| 595-363005 | 12/22/200 | 116 | $835.00 | US |
| 771-840576 | 12/27/200 | 111 | $387.61 | US |
| 771-840565 | 12/27/200 | 111 | $272.48 | US |
| 595-524053 | 12/27/200 | 111 | $979.90 | US |
| 595-524016 | 12/27/200 | 111 | $1,053.19 | US |
| 595-524020 | 12/27/200 | 111 | $2,649.30 | US |
| 595-524042 | 12/27/200 | 111 | $335.34 | US |
| 595-524031 | 12/27/200 | 111 | $487.32 | US |
| 771-840580 | 12/27/200 | 111 | $191.74 | US |
| 771-840613 | 12/28/200 | 110 | $375.09 | US |
| 771-840602 | 12/28/200 | 110 | $589.78 | US |
| 771-840624 | 12/29/200 | 109 | $249.36 | US |
| 595-648222 | 1/2/2007 | 105 | $743.56 | US |
| 595-648196 | 1/2/2007 | 105 | $455.03 | US |
| 595-648211 | 1/2/2007 | 105 | $617.74 | US |
| 595-648185 | 1/2/2007 | 105 | $402.19 | US |
| 595-648200 | 1/2/2007 | 105 | $1,296.18 | US |
| 939-545154 | 1/11/2007 | 96 | $433.38 | US |
| 939-545110 | 1/11/2007 | 96 | $3,666.49 | US |
| 939-545143 | 1/11/2007 | 96 | $579.19 | US |
| 939-545084 | 1/11/2007 | 96 | $344.49 | US |
| 939-545132 | 1/11/2007 | 96 | $713.14 | US |
| 939-545062 | 1/11/2007 | 96 | $152.05 | US |

| | | | | |
|---|---|---|---|---|
| 939-545051 | 1/11/2007 | 96 | $941.93 | US |
| 939-545121 | 1/11/2007 | 96 | $341.07 | US |
| 939-545106 | 1/12/2007 | 95 | $1,567.49 | US |
| 595-570323 | 1/12/2007 | 95 | $207.80 | US |
| 595-524683 | 1/12/2007 | 95 | $800.00 | US |
| 738-881636 | 1/18/2007 | 89 | $2,061.75 | US |
| 945-302750 | 1/30/2007 | 77 | $1,149.43 | US |
| 595-028696 | 2/20/2007 | 56 | $700.00 | US |